United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**BARBARA BROWN o/b/o S.W.,**

    **Plaintiff,**

  **V.**                                    **CASE NUMBER:**    **1:05-CV-985 (NAM/RFT)**

**MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,**

    **Defendant.**

| | | |
|---|---|---|
| **[ ] Jury Verdict.** | | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **[ X ] Decision by Court.** | | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    IT IS ORDERED AND ADJUDGED that the decision denying disability benefits be REVERSED and this matter be REMANDED to the Commissioner, pursuant to 42 U.S.C. §405(g) for further proceedings consistent with the above; and it is further ORDERED that pursuant to General Order #32, the parties are advised that the referral to a Magistrate Judge as provided for under Local Rule 72.3 has been RESCINDED, as such, any appeal taken from this Order will be to the Court of Appeals for the Second Circuit.

    All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 5th day of August, 2008.


**DATE:**    **August 5, 2008**                        **LAWRENCE K. BAERMAN
CLERK OF COURT**

                                                                               **s/**

                                                                               _____
                                                                               **By:    Lori M. Welch
        Deputy Clerk**